# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Citizens Insurance Company of America

                                                  Plaintiff,

v.                                                                        Case No.: 1:22–cv–03800

                                                                       Honorable Sharon Johnson Coleman

Cooler Screens, Inc., et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for voluntary dismissal without prejudice [12] is granted. Case is dismissed without prejudice and with each party to bear its own costs. Telephone status hearing set for 9/26/2022 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.